AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

FILED
August 28, 2026
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

United States of America
v.

Samuel Chavez

*Defendant(s)*

Case No. 2:26-MJ-173

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 27 through 28, 2026 in the county of Potter in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 875(c) | Interstate Threatening Communications |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

[signature]

*Complainant's signature*

Andrew Beauchemin, FBI SA

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: August 28, 2026

[signature]

*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF COMPLAINT

## Affiant's Background and Experience

I, Andrew Beauchemin, affiant, being duly sworn, state that I am a special agent with the Federal Bureau of Investigation (FBI). I have been a special agent since September 25, 2022. I have received training in a variety of investigative and legal matters, including searches, the drafting of search warrant affidavits, and probable cause.

The information contained in this affidavit is based upon my personal experience and information relayed to me by other law enforcement officers involved in this investigation. Because this affidavit is submitted for the limited purpose of establishing probable cause to believe a crime has been committed and that the defendant committed it, I have not included every fact known to me in this affidavit.

## Title 18, United States Code, Section 875(c)

Title 18, United States Code, Section 875(c), makes it a crime for anyone to send or transmit a threat to injure the person of another in interstate or foreign commerce. There are three elements of this offense:

*First*: That the defendant knowingly sent or transmitted a communication containing a threat to injure the person of another, as charged;

*Second:* the defendant transmitted the communication either with the purpose of issuing a true threat or with knowledge that the communication would be understood as a true threat, as defined in these instructions; and

*Third*: That the communication was sent in interstate or foreign commerce.

A "threat" is a serious statement expressing an intent to injure any person, which under the circumstances would cause apprehension in a reasonable person, as distinguished from mere idle or careless talk, exaggeration, or something said in a joking manner.

The United States Court of Appeals for the Fifth Circuit has held that this crime does not require that the threat be made directly to the victim. *See United States v. Morales*, 272 F.3d 284, 288 (5th Cir. 2001). Postings on the Internet are sent in interstate or foreign commerce because transmitting messages by means of the Internet is tantamount to moving messages across state lines and thus constitutes transportation in interstate commerce. *Cf. United States v. Runyan*, 290 F.3d 223, 239 (5th Cir. 2002) (holding that use of Internet, in and of itself, constitutes interstate transportation sufficient to satisfy the interstate commerce element of 18 U.S.C. § 2251); *see United States v. Elonis*, 897 F. Supp.2d 335, 343-44 (E.D. Pa. 2012), *overruled on other grounds by Elonis v. United States*, 575 U.S. 723 (2015) (holding same in the context of 18 U.S.C. § 875(c)).

**Facts Establishing Probable Cause**

On August 28, 2026, the Amarillo Police Department (APD) notified the FBI that SAMUEL CHAVEZ had made threats against multiple individuals associated with a fashion organization via Instagram. APD Officers conducted interviews of "C. P.", "M.R.", "S.V.", "E. B." and "C. E.". All five victims stated they know SAMUEL CHAVEZ to be the user of Instagram account "sizzurpcookies."

CHAVEZ has a prior history of violence against one of the victims. On or about August 2nd or 3rd , 2026, CHAVEZ unlawfully entered this victim's residence and engaged in a physical altercation during which CHAVEZ placed this victim in a headlock and pinned them to the ground, resulting in a protective order.

According to one victim, CHAVEZ's former girlfriend told this victim that CHAVEZ expressed suicidal ideation and made statements about killing  and then himself. All five victims provided sworn statements expressing fear of being shot at a public fashion show event scheduled for August 29, 2026. One victim stated they are "specifically afraid of being shot" and had nightmares about the event, noting that CHAVEZ "doesn't seem well" and had expressed a desire to die, giving him "nothing to lose."

On or about August 27, 2026, CHAVEZ posted the full names, home addresses, photographs, vehicle information, and family member identities of one victim to his Instagram account "sizzurpcookies."


sizzurpcookies
1:10


sizzurpcookies
1:30


sizzurpcookies
1:53
[redacted] street.
Black Chevy Tahoe
License plate: [redacted]
Phone: (806) [redacted]


sizzurpcookies
1:25

On August 27 through 28, 2026, CHAVEZ posted videos depicting what appears to be himself loading a handgun and manipulating a shotgun, interspersed with posts identifying the victims.






On August 28, 2026, CHAVEZ sent direct messages via Instagram to one victim stating, "I'm gonna coat myself with your blood." CHAVEZ also sent messages stating, "I have enough for you and your friends. We can all die today," and "You'll meet God soon." The victims interpreted "your friends" as referring to individuals associated with the fashion organization that CHAVEZ had been targeting online.




*Instagram messages between CHAVEZ (blue) and Victim (black)*

Instagram communications travel in interstate commerce through Meta Platforms, Inc.'s server infrastructure located in California and other states.

On August 28, 2026, CHAVEZ was observed outside of his residence, 4001 SE 12th Ave, Amarillo TX 79104, carrying a firearm.



*Surveillance of CHAVEZ on 8/28/26 approximately 5:00pm patrolling his residence with a firearm*

Based on the facts above, CHAVEZ's conduct satisfies the elements of 18 U.S.C. § 875(c).

First, CHAVEZ transmitted communications via Instagram, a platform that routes data through interstate server infrastructure, satisfying the interstate commerce requirement.

Second, CHAVEZ's statements—including "I'm gonna coat myself with your blood," "I have enough for you and your friends. We can all die today," and "You'll meet God soon"—constitute threats to injure when viewed in context. These statements were made immediately after CHAVEZ posted videos depicting firearms and ammunition, identified victims by name and address, and targeted individuals associated with a known public event.

Third, a reasonable person in the victims' position would interpret CHAVEZ's communications as serious expressions of intent to inflict bodily harm, particularly given CHAVEZ's prior violence, access to firearms, expressed willingness to die, and the threat of imminent harm. The victims' unanimous fear, including specific fear of being shot, corroborates that the communications constitute true threats under controlling precedent.

Based on my training, education, and experience, and the information provided to me, I believe that CHAVEZ violated Title 18, United State Code, Section 875(c), by transmitting a threat to injure the person of another in interstate and foreign commerce.

Special Agent Andrew Beauchemin
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 28th day of August 28, 2026.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE